THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEIMIN CHEN, for himself and all others similarly situated,<br><br>                             Plaintiff,<br><br>   v.<br><br>SIERRA TRADING POST, INC., and DOES 1-20 inclusive,<br><br>                            Defendants. | No. 18-cv-01581 RAJ<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

**TO:      ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff hereby demands a trial by jury as to all claims and issues so triable.

DATED this 6th day of November, 2018.

HATTIS & LUKACS

By: */s/ Che Corrington*
Che Z Corrington, WSBA No. 54241
che@hattislaw.com

By: */s/ Paul Karl Lukacs*
Paul Karl Lukacs, Cal. Bar No. 197007
*Pro Hac Vice*
pkl@hattislaw.com

PLAINTIFF'S DEMAND FOR JURY TRIAL - 1
18-CV-01581 RAJ

**HATTIS & LUKACS**
12224 BEL-RED ROAD
P.O. BOX 1645
BELLEVUE, WA 98005
425.233.8628 | FAX: 425.412.7171

Hattis & Lukacs
12224 Bel Red Road, #1645
Bellevue, WA 98005
Tel: 425.233.8628
Fax: 425.412.7171

Attorneys for Plaintiff Weimin Chen and the Proposed Class

PLAINTIFF'S DEMAND FOR JURY TRIAL - 2
18-CV-01581 RAJ

**HATTIS & LUKACS**
12224 BEL-RED ROAD
P.O. BOX 1645
BELLEVUE, WA 98005
425.233.8628 | FAX: 425.412.7171

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 6th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

<pre>
                          /s/ Che Corrington
                          Che Corrington, WSBA No. 54241
                          che@hattislaw.com

                          Hattis & Lukacs
                          12224 Bel Red Road, #1645
                          Bellevue, WA 98005
                          Tel: 425.233.8628
                          Fax: 425.412.7171
</pre>

PLAINTIFF'S DEMAND FOR JURY TRIAL - 3
18-CV-01581 RAJ

**HATTIS & LUKACS**
12224 BEL-RED ROAD
P.O. BOX 1645
BELLEVUE, WA 98005
425.233.8628 | FAX: 425.412.7171